Orville SHANER et al., Appellants, v. UNITED STATES of America.

No. 9324.

Circuit Court of Appeals, Eighth Circuit.

Oct. 5, 1932.

Verne Lacy, of St. Louis, Mo., for appellants.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and C. J. Stattler and George C. Dyer, Asst. U. S. Attys., both of St. Louis, Mo.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee, under Rules 23 and 24.

William L. SMALLWOOD, Appellant, v. UNITED STATES of America, Appellee.

No. 6438.

Circuit Court of Appeals, Fifth Circuit.

Jan. 20, 1933.

Rehearing Denied Feb. 20, 1933.

Henry Zweifel, of Fort Worth, Tex., for appellant.

C. W. Johnson, Jr., U. S. Atty., and Alfred Crager, Asst. U. S. Atty., both of Fort Worth, Tex.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

SOUTHERN PACIFIC COMPANY, Owner of THE Steamship EL VALLE, Libelant-Appellant, v. THE Steam Tug VIGILANT, Marine Lighterage Corporation, Claimant-Appellee.

No. 150.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1933.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Arthur C. MacMahon, both of New York City, of counsel), for appellant.

William F. Purdy, of New York City (William F. Purdy and John E. Purdy, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Emanuel TAUB, Plaintiff-Appellant, v. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY, Defendant-Appellee.

No. 136.

Circuit Court of Appeals, Second Circuit.

Dec. 13, 1932.

Frank I. Finkler, of New York City, for appellant.

Ray Rood Allen, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.